UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>-against-<br><br>PENN WEST PETROLEUM LTD., d/b/a OBSIDIAN ENERGY LTD.,<br><br>TODD H. TAKEYASU,<br><br>JEFFERY A. CURRAN,<br><br>and<br><br>WALDEMAR GRAB,<br><br>                Defendants. | ECF CASE<br><br>Civil Action No. 17-CV-4866 (GHW)<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of this Court and all parties of record:

    I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Jeffery A. Curran.

Dated:  New York, New York
         December 29, 2017

                                                              /s/ Lise Rahdert
                                                Lise Rahdert
                                                LANKLER SIFFERT & WOHL LLP
                                                500 Fifth Avenue
                                                New York, New York 10110
                                                Telephone: (212) 921-8399
                                                Facsimile: (212) 764-3701
                                                lrahdert@lswlaw.com

                                                *Attorney for Defendant Jeffery A. Curran*