```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

        v.

PENN WEST PETROLEUM LTD., d/b/a
OBSIDIAN ENERGY LTD., TODD H.
TAKEYASU, JEFFERY A. CURRAN, and
WALDEMAR GRAB,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMORANDUM ENDORSED**

No. 17 Civ. 4866 (GHW)

## NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Priya Raghavan, dated March 16, 2018, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Priya Raghavan hereby withdraws her individual appearance on behalf of Todd H. Takeyasu in the above-captioned matter. My colleagues, Richard F. Albert and Jasmine Juteau, will remain as counsel of record to Todd H. Takeyasu.

Dated: March 16, 2018
      New York, New York

Respectfully submitted,

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: _____
    Priya Raghavan
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494
*Attorneys for Todd H. Takeyasu*

Application granted. Priya Raghavan is granted leave to withdraw as counsel for Defendant Todd Takeyasu. The Clerk of Court is directed to remove Priya Raghavan from the list of counsel in this case.

SO ORDERED.

Dated: March 19, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge