AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. Securities and Exchange Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-04866-GHW |
| Penn West Petroleum Ltd. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Securities and Exchange Commission

Date:    03/23/2018

*Attorney's signature*

Derek Bentsen DB8369
*Printed name and bar number*

100 F Street, NE
Washington, DC 20549

*Address*

bentsend@sec.gov
*E-mail address*

(202) 551-6426
*Telephone number*

(202) 772-9245
*FAX number*