**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

April 10, 2018

<u>Via ECF</u>

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 2260
New York, NY  10007-1312

   Re: *U.S. Securities and Exchange Commission* v.
    <u>*Penn West Petroleum Ltd., et al.*</u>, 17 Civ. 4866-GHW (S.D.N.Y.)

Dear Judge Woods:

  We represent Defendants Jeffery A. Curran and Todd H. Takeyasu in the captioned action. In accordance with the Court's order of April 10, 2018, attached as exhibits to this letter are the Letters Rogatory with the revised deposition deadline of November 9, 2018.  Paper copies of the Letters Rogatory will be hand delivered today for execution.

           Respectfully,

 /s/ Richard F. Albert        /s/ Helen Gredd
Richard F. Albert         Helen Gredd
Jasmine Juteau          Leigh G. Llewelyn
MORVILLO ABRAMOWITZ GRAND  Lise Rahdert
IASON & ANELLO P.C.       LANKLER SIFFERT & WOHL LLP
565 Fifth Avenue         500 Fifth Avenue
New York, New York 10017     New York, New York 10110
Tel: (212) 856-9600        Tel: (212) 921-8399
Fax: (212) 856-9494        Fax: (212) 764-3701
ralbert@maglaw.com       hgredd@lswlaw.com
jjuteau@maglaw.com        lllewelyn@lswlaw.com
               lrahdert@lswlaw.com

*Counsel for Defendant Todd H. Takeyasu*  *Counsel for Defendant Jeffery A. Curran*

cc:  All Counsel of Record (via ECF)