AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v.  ) | Case No.  1:17-cv-4866-GHW |
| PENN WEST PETROLEUM LTD., ET AL.  ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Todd H. Takeyasu                                                                                      .

Date:   04/11/2018                                          /s/ Kevin M. Casey
*Attorney's signature*

Kevin M. Casey, Bar No. KC7047
*Printed name and bar number*

565 Fifth Ave
New York NY 10017
*Address*

kcasey@maglaw.com
*E-mail address*

(212) 856-9600
*Telephone number*

(212) 856-9494
*FAX number*