UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
U.S. SECURITIES AND EXCHANGE
COMMISSION            Plaintiff,

Case No. 1:17-cv-4866-GHW

-against-

PENN WEST PETROLEUM LTD.,
ET AL.            Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kevin Michael Casey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KC7047        My State Bar Number is: 5434287

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Morrison Foerster LLP
             FIRM ADDRESS: 425 Market Street San Francisco CA 94105
             FIRM TELEPHONE NUMBER: (415) 268-7000
             FIRM FAX NUMBER: (415) 268-7522

NEW FIRM:    FIRM NAME: Morvillo Abramowitz Grand Iason & Anello PC
             FIRM ADDRESS: 565 Fifth Ave New York NY 10017
             FIRM TELEPHONE NUMBER: (212) 856-9600
             FIRM FAX NUMBER: (212) 856-9494

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 4/11/2018                    /s/ Kevin M. Casey
                                    ATTORNEY'S SIGNATURE