USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/1/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

-against-

PENN WEST PETROLEUM LTD., d/b/a OBSIDIAN ENERGY LTD., TODD H. TAKEYASU, JEFFERY A. CURRAN, and WALDEMAR GRAB,

        Defendants

**MEMORANDUM ENDORSED**

ECF CASE

Civil Action No. 17-CV-4866 (GHW)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

---

PLEASE TAKE NOTICE that after May 3, 2018, Leigh Llewelyn will no longer be associated with Lankler Siffert & Wohl LLP and, subject to approval by the Court, withdraws his appearance in this case on behalf of Defendant Jeffery A. Curran. Mr. Llewelyn's name and email should be removed from the Court's service list and any ECF notifications for this action. Helen Gredd and Lise Rahdert of Lankler Siffert & Wohl LLP will continue to appear on behalf of Defendant Jeffery A. Curran.

Dated: New York, New York
      May 1, 2018

                                   _____
                                   Leigh G. Llewelyn
                                   LANKLER SIFFERT & WOHL LLP
                                   500 Fifth Avenue
                                   New York, New York 10110
                                   (212) 921-8399
                                   Lllewelyn@lswlaw.com

                                   *Withdrawing Attorney for Defendant*
                                   *Jeffery A. Curran*

---

Application granted. Leigh Llewelyn is granted leave to withdraw as counsel for Defendant Jeffery Curran. Mr. Llewelyn is directed to file his supporting affidavit on the docket. The Clerk of Court is directed to remove Mr. Llewelyn from the list of counsel in this case.

SO ORDERED.

Dated: May 1, 2018
New York, New York

                                   _____
                                   GREGORY H. WOODS
                                   United States District Judge