UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

               Plaintiff,

-against-

PENN WEST PETROLEUM LTD., d/b/a OBSIDIAN ENERGY LTD., TODD H. TAKEYASU, JEFFERY A. CURRAN, and WALDEMAR GRAB,
               Defendants

ECF CASE

Civil Action No. 17-CV-4866 (GHW)

## DECLARATION OF LEIGH LLEWELYN IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Leigh Llewelyn, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate in the law firm of Lankler Siffert & Wohl LLP. I submit this declaration in support of notice of withdrawal as counsel of record for Defendant Jeffery A. Curran.

2. The reason for my withdrawal is that I am leaving Lankler Siffert & Wohl LLP.

3. Mr. Curran will continue to be represented in this action by Helen Gredd and Lise Rahdert.

4. As reflected in the schedule set out in this Court's March 22, 2018 order, the parties are currently engaged in fact discovery.

5. I am not asserting or charging a lien.

6. Accordingly, my withdrawal will not cause any delay or prejudice.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 1, 2018

                                                   Leigh G. Llewelyn

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing Notice of Withdrawal of Appearance and Declaration Of Leigh Llewelyn In Support Of Notice Of Withdrawal were be served on the 1st day of May 2018 by e-mail upon all counsel of record.

Dated: May 1, 2018

Leigh G. Llewelyn
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
(212) 921-8399
Lllewelyn@lswlaw.com