UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br>-against-<br><br>PENN WEST PETROLEUM LTD., d/b/a OBSIDIAN ENERGY LTD.,<br><br>TODD H. TAKEYASU,<br><br>JEFFERY A. CURRAN,<br><br>and<br><br>WALDEMAR GRAB,<br><br>                   Defendants. | ECF CASE<br><br>Civil Action No. 17-CV-4866 (GHW)<br><br>**NOTICE OF APPEARANCE** |

To:    The Clerk of this Court and all parties of record:

      I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Jeffery A. Curran.

Dated:  New York, New York
           May 8, 2018

                                                            /s/ Charles T. Spada
                                                 Charles T. Spada
                                                 LANKLER SIFFERT & WOHL LLP
                                                 500 Fifth Avenue
                                                 New York, New York 10110
                                                 Telephone: (212) 921-8399
                                                 Facsimile: (212) 764-3701
                                                 cspada@lswlaw.com

                                                 *Attorney for Defendant Jeffery A. Curran*