UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>-against-<br><br>PENN WEST PETROLEUM LTD., d/b/a OBSIDIAN ENERGY LTD.,<br><br>TODD H. TAKEYASU,<br><br>JEFFERY A. CURRAN,<br><br>and<br><br>WALDEMAR GRAB,<br><br>     Defendants. | ECF CASE<br><br>Civil Action No. 17-CV-4866 (GHW)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

 I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Jeffery A. Curran.

Dated: New York, New York
   May 8, 2018

                /s/ Samantha J. Reitz
              Samantha J. Reitz
              LANKLER SIFFERT & WOHL LLP
              500 Fifth Avenue
              New York, New York 10110
              Telephone: (212) 921-8399
              Facsimile: (212) 764-3701
              sreitz@lswlaw.com

              *Attorney for Defendant Jeffery A. Curran*