September 10, 2018

Via ECF

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

> Re: *U.S. Securities and Exchange Commission* v. *Penn West Petroleum Ltd., et al.*, **17 Civ. 4866-GHW (S.D.N.Y.)**

Dear Judge Woods:

      We write jointly on behalf of Plaintiff U.S. Securities and Exchange Commission and Defendants Todd H. Takeyasu and Jeffery A. Curran in response to this Court's Minute Order of September 7, 2018 [Dkt. No. 95], directing the parties to submit a joint status letter "forthwith, and in any event no later than September 10, 2018."

      Pursuant to this Court's Memorandum Endorsed Order of July 24, 2018 [Dkt. No. 94], the Parties understand that the joint status letter "described in the Court's September 5, 2017 order (Dkt. No. 44) is due no later than September 5, 2019," and that no joint letter was due to the Court on September 5, 2018. The Parties intend to fully comply with this and all other orders of the Court at the appropriate time.

      Should the Court desire an additional joint letter advising the Court on the status of the case before September 5, 2019, the parties are happy to provide one.

Hon. Gregory H. Woods
Sept. 10, 2018
Page 2

                    Respectfully Submitted,

                    /s/ Sarah Heaton Concannon
                    Sarah Heaton Concannon
                    Derek S. Bentsen
                    Matthew T. Spitzer

                    U.S. SECURITIES AND EXCHANGE
                    COMMISSION
                    100 F Street, N.E.
                    Washington, DC  20549-5977
                    Tel:  (202) 551-5361 (Concannon)
                    concannons@sec.gov
                    bentsend@sec.gov
                    spitzerm@sec.gov

                    *Counsel for Plaintiff U.S. Securities and Exchange Commission*

| /s/ Richard F. Albert | /s/ Helen Gredd |
|---|---|
| Richard F. Albert | Helen Gredd |
| Jasmine Juteau | Charles T. Spada |
| Kevin Casey | Lise Rahdert |
| MORVILLO ABRAMOWITZ GRAND | Samantha Reitz |
| IASON & ANELLO P.C. | LANKLER SIFFERT & WOHL LLP |
| 565 Fifth Avenue | 500 Fifth Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Tel: (212) 856-9600 | Tel:  (212) 921-8399 |
| ralbert@maglaw.com | hgredd@lswlaw.com |
| jjuteau@maglaw.com | cspada@lswlaw.com |
| kcasey@maglaw.com | lrahdert@lswlaw.com |
| | sreitz@lswlaw.com |
| *Counsel for Defendant Todd H. Takeyasu* | *Counsel for Defendant Jeffery A. Curran* |