UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                   :

U.S. SECURITIES AND EXCHANGE       :
COMMISSION,                                    :
                                                    :       Case No. 1:17 Civ. 4866-GHW
                 **Plaintiff,**                    :
                                                    :       ECF CASE
              v.                             :
                                                    :

PENN WEST PETROLEUM LTD., d/b/a   :
OBSIDIAN ENERGY LTD.,                  :
                                                   :
TODD H. TAKEYASU,                        :
                                                   :
JEFFERY A. CURRAN,                      :
                                                   :
             and                                :
                                                   :
WALDEMAR GRAB,                         :
                                                   :
                 **Defendants.**              :
-------------------------------------------------------x

**NOTICE REGARDING JUDGMENT AS TO DEFENDANT WALDEMAR GRAB**

Plaintiff Securities and Exchange Commission ("SEC") hereby gives notice to this Court that, in accordance with part XI of the *Final Judgment Imposing Permanent Injunction As To Defendant Waldemar Grab* (Dkt. No. 28), it does not intend to file a motion seeking a civil penalty against Defendant Grab. Based on his cooperation and other considerations, the SEC seeks no further relief in the action against him.

Dated: April 29, 2020                   By:    */s/ Melissa Armstrong*
                                                                    Melissa Armstrong
                                                                    Derek Bentsen
                                                                    David Misler
                                                                    Matthew T. Spitzer

                                                                    U.S. Securities and Exchange Commission

2

100 F Street, N.E.
Washington, D.C. 20549
Telephone:  (202) 551-4724 (Armstrong)
Facsimile:  (202) 772-9292
Email:  ArmstrongMe@sec.gov

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

2