USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

v.

PENN WEST PETROLEUM LTD., d/b/a
OBSIDIAN ENERGY LTD., TODD H.
TAKEYASU, JEFFERY A. CURRAN, and
WALDEMAR GRAB,

                Defendants.

No. 17 Civ. 4866 (GHW)

**PROPOSED ORDER DISMISSING WITH PREJUDICE**
**THE PLAINTIFF'S CLAIMS NOT ENCOMPASSED IN THE FINAL JUDGMENTS**

WHEREAS, on April 28, 2020, Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Todd H. Takeyasu jointly moved (ECF No. 135) for dismissal with prejudice as to Mr. Takeyasu the SEC's First, Third, Fourth, Sixth, Eighth, Tenth, and Thirteenth claims for relief in the SEC's Complaint (ECF No. 2);

WHEREAS, on April 28, 2020, Plaintiff SEC and Defendant Jeffery A. Curran jointly moved (ECF No. 136) for dismissal with prejudice as to Mr. Curran the SEC's First, Third, Sixth, Eighth, Tenth, and Twelfth claims for relief, and the Fourth claim for relief, to the extent that it alleges a violation of Section 17(a)(1) of the Securities Act, in the SEC's Complaint (ECF No. 2); and

WHEREAS, on April 29, 2020, the Court entered Final Judgments as to the remaining claims in the Complaint (ECF Nos. 137 and 138);

IT IS HEREBY ORDERED that the SEC's First, Third, Fourth Sixth, Eighth, Tenth, and Thirteenth claims for relief are dismissed with prejudice as to Mr. Takeyasu; and

IT IS FURTHER ORDERED that the SEC's First, Third, Sixth, Eighth, Tenth, and Twelfth claims for relief, and the Fourth claim for relief, to the extent that it alleges a violation of Section 17(a)(1) of the Securities Act, are dismissed with prejudice as to Mr. Curran.

Dated: May 15, 2020

_____
Honorable Gregory H. Woods
United States District Judge